UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FRED DERRICK RUTLEDGE,

      Petitioner,

v.

THOMAS WINN,

      Respondent.
_____/

Case No. 1:17-cv-1135

Honorable Paul L. Maloney

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 12, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge