UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FRED DERRICK RUTLEDGE,

    Petitioner,

v.

THOMAS WINN,

    Respondent.
_____/

Case No. 1:17-cv-1135

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases, for lack of exhaustion of available state-court remedies.


Dated:  January 12, 2018               /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge